Jody L. Factor
Micheal D. Lake
FACTOR & LAKE. LTD
1327 W. Washington Blvd., Suite 5G/H
Chicago, IL  60607
(312) 226-1818 Telephone
(312) 226-1919 Facsimile
Attorneys for Plaintiffs-Counterdefendants
FieldTurf International, Inc. and FieldTurf Inc.
*Admitted Pro Hac Vice*

William L. Marchant, (State Bar No. 154445)
LUCE, FORWARD, HAMILTON, & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, CA  94105-1582
Telephone:  415-356-4600
Facsimile:  415-356-4610
Local Counsel for Plaintiffs-Counterdefendants
FieldTurf International, Inc. and FieldTurf Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIEXE MANAGEMENT GROUP, INC., SPORTEXE CONSTRUCTION SERVICES, INC. and SPORTEXE, INC.,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>FIELDTURF INTERNATIONAL, INC. and FIELDTURF INC.,<br><br>Defendants/Counter-Plaintiffs. | No.: 3:04-cv-4918-BZ<br><br>**FIELDTURF'S REQUEST TO APPEAR AT MARCH 27, 2006 STATUS CONFERENCE BY TELEPHONE**<br><br>Magistrate Judge:  Bernard Zimmerman<br><br>Action Filed: November 18, 2004 |

On March 27, 2006, there is a Status Conference in this case and the two related cases entitled <u>FieldTurf International, Inc., et al. v. Granite Construction Company</u>, U.S. District Court, Northern District of California Case Number 3:04-cv-02952-BZ, and <u>FieldTurf Inc., et al. v. Sportfields, Inc.</u>, U.S. District Court, Northern District of California Case Number 3:04-cv-04216-BZ. Counsel for FieldTurf International, Inc. and FieldTurf Inc. ("FieldTurf") is Micheal D. Lake, who is located in Chicago, Illinois.

Pursuant to Local Rule 16-10(a), counsel, Micheal D. Lake requests permission to appear at the March 27, 2006 Status Conference by telephone.

Respectfully submitted,

FACTOR & LAKE, LTD.

Dated: March 10, 2006

/s/ Micheal D. Lake
Attorneys for Defendants/Counter-Plaintiffs,
FIELDTURF INTERNATIONAL, INC. and
FIELDTURF INC.

IT IS SO ORDERED

Dated: March 13, 2006



Hon. Bernard Zimmerman
United States Magistrate Judge

FIELDTURF'S REQUEST TO APPEAR AT MARCH 27, 2006　　　　Case No. 3:04-cv-4918-BZ
STATUS CONFERENCE BY TELEPHONE　　　　　　　　　　　　　　　　　　Page 2

1  Jody L. Factor
2  Micheal D. Lake
   FACTOR & LAKE. LTD
3  1327 W. Washington Blvd., Suite 5G/H
   Chicago, IL  60607
4  (312) 226-1818 Telephone
5  (312) 226-1919 Facsimile
   Attorneys for Plaintiffs-Counterdefendants
6  FieldTurf International, Inc. and FieldTurf Inc.
7  *Admitted Pro Hac Vice*
8
   William L. Marchant, (State Bar No. 154445)
9  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   121 Spear Street, Suite 200
10 San Francisco, CA 94105-1582
   Telephone No.:  (415) 356-4600
11 Fax No.: (415) 356-4610
12 Attorneys for Plaintiffs/Counter-Defendants
   FieldTurf International, Inc. and FieldTurf Inc.
13

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIEXE MANAGEMENT GROUP, INC., SPORTEXE CONSTRUCTION SERVICES, INC. and SPORTEXE, INC., | Case No. 3:04-cv-4918-BZ |
| Plaintiffs/Counter-Defendants, | **PROOF OF SERVICE RE:** |
| v. | **FIELDTURF'S REQUEST TO APPEAR AT MARCH 27, 2006 STATUS CONFERENCE BY TELEPHONE** |
| FIELDTURF INTERNATIONAL, INC. and FIELDTURF INC., | Magistrate Judge:  Bernard Zimmerman |
| Defendants/Counter-Plaintiffs. | Action Filed: November 18, 2004 |

PROOF OF SERVICE RE: FIELDTURF'S REQUEST TO APPEAR         Case No. 3:04-cv-4918 BZ
AT MARCH 27, 2006 STATUS CONFERENCE BY TELEPHONE                          Page 1

## PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

*Triexe Management Group, Inc., et al. v. FieldTurf International, Inc., et al.,* Case No. 3:04-cv-4918-BZ

    I, Jenelle L. A. Melket declare that I am a citizen of the United States, I am employed in the County of Cook, I am over the age of eighteen (18) years and not a party to the action. My business address is 1327 W. Washington Blvd., Suite 5G/H, Chicago, IL 60607.

    On March 10, 2006, I served the following on each party listed below:

### FIELDTURF'S REQUEST TO APPEAR AT
### MARCH 27, 2006 STATUS CONFERENCE BY TELEPHONE

☐   **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid.

☐   **(BY PERSONAL SERVICE)** By causing at true copy thereof enclosed in a sealed envelope, to the personally delivered on the date indicated below.

☐   **(BY OVERNIGHT DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered via overnight courier service.

☐   **(BY FACSIMILE)** By sending a true copy thereof by facsimile machine to the numbers listed below.

☒   **(BY ELECTRONIC TRANSMISSION)** I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States District Court, Northern District of California and to the best of my knowledge, notice of this filing will be transmitted to all parties through the Court's ECF system.

    Micheal J. Berchou, Esq.
    Rowland Richards, Esq.
    PHILLIPS LYTLE, LLP.
    3400 HSBC Center
    Buffalo, New York 14203

    I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

    Executed on March 10, 2006, at Chicago, Illinois.

_/s/ Jenelle L. A. Melket_
Jenelle L. A. Melket

PROOF OF SERVICE RE: FIELDTURF'S REQUEST TO APPEAR        Case No. 3:04-cv-4918 BZ
AT MARCH 27, 2006 STATUS CONFERENCE BY TELEPHONE        Page 2