UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIEXE MANAGEMENT GROUP, INC., SPORTEXE CONSTRUCTION SERVICES, INC., AND SPORTEXE, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> FIELDTURF INTERNATIONAL, INC., and FIELDTURF, <br><br> Defendant(s). | No. C 04-4918 BZ <br><br> **ORDER** |

Having read the joint status report of the parties, **IT IS HEREBY ORDERED** as follows:

1.  The status conference scheduled for March 27, 2006 is **VACATED**.

2.  A status conference is scheduled for **Monday, August 14, 2006 at 4:00 p.m.** The parties shall file a joint status report no later than **August 7, 2006**.

///

///

1

1     3. If any significant developments arise in advance of
2 August 14, 2006, the parties shall file a joint status report
3 at that time.
4 Dated: March 23, 2006

                                      Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\FIELDTURF\TRIEXE\ORDER.wpd

2