| | |
|---|---|
| 1 | MICHAEL J. BERCHOU, *Admitted Pro Hac Vice* |
| 2 | ROWLAND RICHARDS, *Admitted Pro Hac Vice* |
|   | PHILLIPS LYTLE LLP |
| 3 | 3400 HSBC Center |
|   | Buffalo, New York 14203 |
| 4 | Telephone:  (716) 847-8400 |
|   | Facsimile:  (716) 852-6100 |

```
 1   MICHAEL J. BERCHOU, Admitted Pro Hac Vice
     ROWLAND RICHARDS, Admitted Pro Hac Vice
 2   PHILLIPS LYTLE LLP
     3400 HSBC Center
 3   Buffalo, New York 14203
     Telephone:  (716) 847-8400
 4   Facsimile:  (716) 852-6100

 5   KENNETH WILSON, California State Bar No. 130009
     STEFANI E. SHANBERG, California State Bar No. 206717
 6   SARAH E. PIEPMEIER, California State Bar No. 227094
     PERKINS COIE LLP
 7   Four Embarcadero Center, Suite 2400
     San Francisco, California  94111
 8   Telephone:  (415) 344-7000
     Facsimile:  (415) 344-7050
 9
     Attorneys for Plaintiffs
10   TRIEXE MANAGEMENT GROUP, INC., SPORTEXE
     CONSTRUCTION SERVICES, INC. and SPORTEXE, INC.
11
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIEXE MANAGEMENT GROUP, INC., SPORTEXE CONSTRUCTION SERVICES, INC., and SPORTEXE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FIELDTURF INTERNATIONAL, INC. and FIELDTURF, INC.,<br><br>Defendants. | CASE NO. 04-4918 BZ<br><br>**PLAINTIFFS' REQUEST TO APPEAR AT DECEMBER 4, 2006 STATUS CONFERENCE BY TELEPHONE**<br><br>Magistrate Judge: Bernard Zimmerman |

///

PLAINTIFFS' REQUEST TO APPEAR AT DECEMBER 4, 2006
STATUS CONFERENCE BY TELEPHONE

1

2         On December 4, 2006, there is a Status Conference in this case and the related case

3   entitled <u>Fieldturf International, Inc., et al. v. Granite Construction Company</u>, Northern District of

4   California Case No. 04-cv-2952 BZ.

5         Pursuant to Local Rule 16-10(a), Michael J. Berchou, counsel for plaintiffs Triexe

6   Management Group, Sportexe Construction Services, Inc. and Sportexe, Inc., requests

7   permission to appear at the December 4, 2006 Status Conference by telephone.

8

9   Dated: November 27, 2006

10                                   Respectfully submitted,

11                                   **PHILLIPS LYTLE LLP**

12

13                                   By   /s/ Michael J. Berchou
                                     Attorneys for Plaintiffs

14                                   TRIEXE MANAGEMENT GROUP, INC., SPORTEXE
                                     CONSTRUCTION SERVICES, INC. and SPORTEXE,

15                                   INC.

16

17

18            DATED: 11/27/2006

19

20  BFLO Doc. # 1556701.3

*IT IS SO ORDERED*
/s/ Bernard Zimmerman
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. BERCHOU, *Admitted Pro Hac Vice*
ROWLAND RICHARDS, *Admitted Pro Hac Vice*
PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, New York 14203
Telephone: (716) 847-8400
Facsimile: (716) 852-6100

KENNETH WILSON, California State Bar No. 130009
STEFANI E. SHANBERG, California State Bar No. 206717
SARAH E. PIEPMEIER, California State Bar No. 227094
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for Plaintiffs
TRIEXE MANAGEMENT GROUP, INC., SPORTEXE
CONSTRUCTION SERVICES, INC. and SPORTEXE, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIEXE MANAGEMENT GROUP, INC., SPORTEXE CONSTRUCTION SERVICES, INC., and SPORTEXE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FIELDTURF INTERNATIONAL, INC. and FIELDTURF, INC., <br><br> Defendants. | CASE NO. 04-4918 BZ <br><br> **CERTIFICATE OF SERVICE** <br><br><br> Magistrate Judge: Bernard Zimmerman |

///

- 3 -
PLAINTIFFS' REQUEST TO APPEAR AT DECEMBER 4, 2006
STATUS CONFERENCE BY TELEPHONE

1  I declare that a copy of PLAINTIFFS' REQUEST TO APPEAR AT DECEMBER 4,
2  2006 STATUS CONFERENCE BY TELEPHONE was filed electronically on November 27,
3  2006 through the CM/ECF system for the United States District Court, Northern District of
4  California and to the best of my knowledge, notice of this filing will be transmitted to all
5  attorneys of record, including the following, through the Court's ECF system.

                Jody L. Factor, Esq.
                Micheal D. Lake, Esq.
                Factor & Lake, Ltd.
                1327 West Washington Blvd., Suite 5G/H
                Chicago, Illinois 60607

Dated: November 27, 2006
       Buffalo, New York

                                      /s/ Michael J. Berchou
                                      Michael J. Berchou

BFLO Doc. # 1556701.3

- 4 -
PLAINTIFFS' REQUEST TO APPEAR AT DECEMBER 4, 2006
STATUS CONFERENCE BY TELEPHONE