1  Jody L. Factor
2  Micheal D. Lake
   FACTOR & LAKE. LTD
3  1327 W. Washington Blvd., Suite 5G/H
   Chicago, IL 60607
4  (312) 226-1818 Telephone
5  (312) 226-1919 Facsimile
   Attorneys for Plaintiffs-Counterdefendants
6  FieldTurf International, Inc. and FieldTurf Inc.
7  *Admitted Pro Hac Vice*

8
   William L. Marchant, (State Bar No. 154445)
9  LUCE, FORWARD, HAMILTON, & SCRIPPS LLP
   121 Spear Street, Suite 200
10 San Francisco, CA 94105-1582
11 Telephone: 415-356-4600
   Facsimile: 415-356-4610
12 Local Counsel for Plaintiffs-Counterdefendants
13 FieldTurf International, Inc. and FieldTurf Inc.

14

15              IN THE UNITED STATES DISTRICT COURT

16              FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                     SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIEXE MANAGEMENT GROUP, INC., SPORTEXE CONSTRUCTION SERVICES, INC. and SPORTEXE, INC., | No.: 3:04-cv-4918-BZ |
| Plaintiffs/Counter-Defendants, | **FIELDTURF'S REQUEST TO APPEAR AT DECEMBER 4, 2006 STATUS CONFERENCE BY TELEPHONE** |
| v. | |
| FIELDTURF INTERNATIONAL, INC. and FIELDTURF INC., | Magistrate Judge: Bernard Zimmerman |
| Defendants/Counter-Plaintiffs. | Action Filed: November 18, 2004 |

FIELDTURF'S REQUEST TO APPEAR AT DECEMBER 4, 2006     Case No. 3:04-cv-4918-BZ
STATUS CONFERENCE BY TELEPHONE                                              Page 1

1  On December 4, 2006, there is a Status Conference in this case and a related case entitled
2  FieldTurf International, Inc., et al. v. Granite Construction Company, U.S. District Court, Northern
3  District of California Case Number 3:04-cv-02952-BZ. Counsel for FieldTurf International, Inc. and
4  FieldTurf Inc. ("FieldTurf") is Jody L. Factor, who is located in Chicago, Illinois.

Pursuant to Local Rule 16-10(a), counsel, Jody L. Factor requests permission to appear at the December 4, 2006 Status Conference by telephone. *Factor shall call the court at 4 PM*

Respectfully submitted,

FACTOR & LAKE, LTD.

Dated: November 27, 2006

/s/ Jody L. Factor
Attorneys for Defendants/Counter-Plaintiffs,
FIELDTURF INTERNATIONAL, INC. and
FIELDTURF INC.

IT IS SO ORDERED

Dated: 28 Nv , 2006

/s/ Bernard Zimmerman
Hon. Bernard Zimmerman
United States Magistrate Judge

FIELDTURF'S REQUEST TO APPEAR AT DECEMBER 4, 2006    Case No. 3:04-cv-4918-BZ
STATUS CONFERENCE BY TELEPHONE                                                  Page 2