1  PHILLIPS LYTLE LLP
   Michael J. Berchou, Admitted Pro Hac Vice
2  Rowland Richards, Admitted Pro Hac Vice
   3400 HSBC Center
3  Buffalo, New York  14203
4  Telephone:  (716) 847-8400
   Facsimile  (716) 852-6100
5
   PERKINS COIE LLP
6  Kenneth Wilson (Bar No. 130009)
   Stefani E. Shanberg (Bar No. 206717)
7  Four Embarcadero Center, Suite 2400
   San Francisco, California  94111
8  Telephone: (415) 344-7000
9  Facsimile:  (415) 344-7050

10 Attorneys for Plaintiffs
   TRIEXE MANAGEMENT GROUP, INC.,
11 SPORTEXE CONSTRUCTION SERVICES,
   INC. and SPORTEXE, INC.
12

   FACTOR & LAKE, LTD.
   Jody L. Factor, Admitted Pro Hac Vice
   William J. Lenz, Admitted Pro Hac Vice
   1327 West Washington Blvd., Suite 5G/H
   Chicago, Illinois  60607
   Telephone:  (312) 226-1818
   Facsimile: (312) 226-1919

   LUCE, FORWARD, HAMILTON, &
       SCRIPPS LLP
   William L. Marchant (Bar No. 154445)
   121 Spear Street, Suite 200
   San Francisco, CA  94105-1582
   Telephone: (415) 356-4600
   Facsimile  (415) 356-4610

   Attorneys for Defendants
   FIELDTURF INTERNATIONAL, INC.
   and FIELDTURF, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIEXE MANAGEMENT GROUP, INC., SPORTEXE CONSTRUCTION SERVICES, INC., and SPORTEXE, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FIELDTURF INTERNATIONAL, INC., and FIELDTURF, INC.,<br><br>        Defendants. | CASE NO. 04-4918 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Presiding Judge:<br>Hon. Bernard Zimmerman<br><br> Action Filed:  11/18/04 |

///

Triexe Management Group, Inc., Sportexe Construction Services, Inc. and Sportexe, Inc., plaintiffs and counterclaim-defendants in the above action, through their attorneys, Phillips Lytle LLP, and Fieldturf USA, Inc., formerly known as Fieldturf International, Inc., and Fieldturf (IP) Inc., formerly known as Fieldturf Inc., defendants and counterclaim-plaintiffs, through their attorneys, Factor & Lake Ltd., in accordance with a confidential settlement agreement reached between the parties, hereby stipulate and agree to the dismissal, with prejudice, of the above action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: January 12, 2007

Respectfully submitted,

**PHILLIPS LYTLE LLP**

By      /s/ Michael J. Berchou
           Michael J. Berchou

Attorneys for Plaintiffs
TRIEXE MANAGEMENT GROUP, INC.,
SPORTEXE CONSTRUCTION SERVICES, INC. and
SPORTEXE, INC.

**FACTOR & LAKE, LTD.**

By   /s/ Jody L. Factor
           Jody L. Factor

Attorneys for Defendants
FIELDTURF INTERNATIONAL, INC.
and FIELDTURF, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

January 12, 2007
Date

Hon. Bernard Zimmerman
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

MICHAEL J. BERCHOU, *Admitted Pro Hac Vice*
ROWLAND RICHARDS, *Admitted Pro Hac Vice*
PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, New York 14203
Telephone:    (716) 847-8400
Facsimile:    (716) 852-6100

KENNETH WILSON, California State Bar No. 130009
STEFANI E. SHANBERG, California State Bar No. 206717
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone:    (415) 344-7000
Facsimile:    (415) 344-7050

Attorneys for Plaintiffs
TRIEXE MANAGEMENT GROUP, INC., SPORTEXE
CONSTRUCTION SERVICES, INC. and SPORTEXE, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRIEXE MANAGEMENT GROUP, INC., SPORTEXE CONSTRUCTION SERVICES, INC., and SPORTEXE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FIELDTURF INTERNATIONAL, INC. and FIELDTURF, INC., <br><br> Defendants. | CASE NO. 04-4918 BZ <br><br> **CERTIFICATE OF SERVICE** <br><br> Presiding Judge: <br> Hon. Bernard Zimmerman |

///

I declare that a copy of the foregoing STIPULATION AND [PROPOSED] ORDER OF DISMISSAL was filed electronically on January 12, 2007 through the CM/ECF system for the United States District Court, Northern District of California and to the best of my knowledge, notice of this filing will be transmitted to all attorneys of record, including the following, through the Court's ECF system:

>Jody L. Factor, Esq.
>Factor & Lake, Ltd.
>1327 West Washington Blvd., Suite 5G/H
>Chicago, Illinois  60607

Dated: January 12, 2007
       Buffalo, New York

                                    /s/ Michael J. Berchou
                                    Michael J. Berchou

Doc # 01-1631113.1